

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID LOPEZ, | § | No. 08-19-00058-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D03070) |

## <u>MEMORANDUM OPINION</u>

Appellant David Lopez has filed a motion to dismiss his own appeal. The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases).

GINA M. PALAFOX, Justice

October 31, 2019

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)